No. 303. MYERS ET AL., EXECUTORS, *v.* NEW YORK STATE TAX COMMISSION. Certiorari denied. *Lee McCanliss* for petitioners. *Mortimer M. Kassell* for respondent.

No. 305. BURNS *v.* SPILLER ET AL. Certiorari denied. *Walter W. Burns* for petitioner. *Solicitor General Perlman, Assistant Attorney General Ford, Paul A. Sweeney* and *Melvin Richter* for respondents.

No. 307. BERMAN ET AL., DOING BUSINESS AS DAVID H. BERMAN CO., *v.* LEVINE. Certiorari denied. *Henry S. Blum* for petitioners. *Solicitor General Perlman, Assistant Attorney General Ford, Paul A. Sweeney* and *Philip W. Yager* for respondent.

No. 308. BUNIN *v.* COHEN. Certiorari denied. *Samuel J. Cohen* for petitioner. *Henry Hofheimer* for respondent.

No. 310. BELL *v.* SCUDDER, REAL ESTATE COMMISSIONER. Certiorari denied. *Sterling Carr* for petitioner. *Fred N. Howser,* Attorney General of California, and *Lenore D. Underwood,* Deputy Attorney General, for respondent.

No. 311. MANNING *v.* UNITED STATES. Certiorari denied. *G. Ernest Jones* for petitioner. *So-*

*licitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 178. CHASE NATIONAL BANK, TRUSTEE, ET AL. *v.* CHESTON ET AL.;

No. 179. CHASE NATIONAL BANK, TRUSTEE, ET AL. *v.* METROPOLITAN LIFE INSURANCE CO.;

No. 180. CHASE NATIONAL BANK, TRUSTEE, ET AL. *v.* CENTRAL HANOVER BANK & TRUST CO. ET AL., TRUSTEES;

No. 181. CHASE NATIONAL BANK, TRUSTEE, ET AL. *v.* NATIONAL CITY BANK, TRUSTEE;

No. 182. CHASE NATIONAL BANK, TRUSTEE, ET AL. *v.* TRAPHAGEN ET AL.;

No. 183. CHASE NATIONAL BANK, TRUSTEE, ET AL. *v.* BLAINE ET AL.;

No. 184. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY CO. *v.* METROPOLITAN LIFE INSURANCE CO.;

No. 185. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY CO. *v.* CENTRAL HANOVER BANK & TRUST CO. ET AL., TRUSTEES;

No. 186. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY CO. *v.* NATIONAL CITY BANK, TRUSTEE;

No. 187. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY CO. *v.* CHESTON ET AL.;

No. 188. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY CO. *v.* TRAPHAGEN ET AL.;

No. 189. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY CO. *v.* BLAINE ET AL.;

Nos. 190, 191, 192 and 193. AXELROD ET AL. *v.* FLEMING ET AL., TRUSTEES, ET AL.

*Loy N. McIntosh* for Harrison, Jr. et al., Protective Committee for the Chicago, Rock Island & Pacific Railway Co., petitioners in Nos. 178, 179, 180, 181, 182 and 183. *John Gerdes* and *Henry F. Tenney* for petitioner